App. Div.]  First Department, April, 1911.

Samuel Neiman and Others v. Barney Gardner.— Motion granted on condition that appellant pay ten dollars costs and comply with terms stated in order.

Adele S. Dodd v. Frank N. Dodd.— Motion to dismiss appeal granted.

R. & R. Handkerchief Company v. John E. Dockendorff.— Motion to dismiss appeal granted, with ten dollars costs.

Florence Brewster Hudnall v. Edward Hudnall.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with the terms stated in order.

Goodman Manufacturing Company v. John A. Barnes, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

Joseph A. Knieriem v. New York Central and Hudson River Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Rhinelander Waldo, Commissioner, etc., v. Lewin Selig.— Application granted upon defendant's filing stipulation as provided in order. Order signed.

Edward Hart v. City Theatres Company.— Application denied, with ten dollars costs. Order signed.

Frederick T. Van Beuren and Others v. Rutherfurd Realty Company, Impleaded.— Application denied, with ten dollars costs. Order signed.

Barnet Brewster v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed.

Henry B. Simmons v. Elizabeth H. Fellows.— Application denied, with ten dollars costs. Order signed.

Samuel Farberoff v. S. Bonewur, Incorporated.— Application denied, with ten dollars costs. Order signed.

Samuel Farberoff v. S. Bonewur, Incorporated.— Motion denied, with ten dollars costs.

John K. Baukat v. John P. Sjoberg.— Application denied, with ten dollars costs. Order signed.

Valerian Mozrimos v. John Arbuckle and Others.— Application denied, with ten dollars costs. Order signed.

William N. Amory v. William M. Ivins.— Order appealed from modified as provided in order.

Louise Zucker, as Administratrix, v. Frederick W. Whitridge, as Receiver.— Motion denied, with ten dollars costs.

Marsellus, Pitt & Company v. Thomas Simpson.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Jacob Ruppert v. Frank A. O'Donnel and Others, Commissioners.— Motion denied, with ten dollars costs.

Lena H. Ogilby and Others v. Chandles H. Hickok.— Motion granted and question certified as stated in order.

Simon Anhalt v. James Burrell and Others.— Motion denied, with ten dollars costs. Order to be settled on notice.

The People of the State of New York ex rel. Patrick J. Reid v. Theodore A. Bingham, Commissioner.— Motion denied.